```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez@usdoj.gov
Attorneys for the United States.
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CHRISTINA GANAC, and JOHNNY PARANA,<br><br>        Petitioners,<br>v.<br><br>LEANDER HOLSTON, Office-in-Charge, U.S. Citizenship and Immigration Services, Las Vegas District Sub-Office, *et al.*,<br><br>        Respondents. | Case No. 2:12-cv-00630-GMN-VCF |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Patricia E. Bruckner to the Bar of this Court for the purpose of representing the defendant, United States Citizenship and Immigration Services, in the above-captioned litigation.

...

...

...

Patricia E. Bruckner is a member in good standing of the State Bar of New York Bar # 2632156. She is an attorney employed by the United States Department of Justice, Civil Division, Office of Immigration Litigation, and her office is located in Washington, D.C.

It is respectfully requested that an order be issued permitting Patricia E. Bruckner to practice before this court in this action.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

//S// CARLOS A. GONZALEZ
CARLOS A. GONZALEZ
Assistant United States Attorney

**IT IS SO ORDERED** this 19th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge