DANIEL G. BOGDEN
United States Attorney
District of Nevada
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez@usdoj.gov
Attorneys for the United States.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CHRISTINA GANAC, and JOHNNY PARANA, <br><br>                Petitioners,<br>v.<br><br>LEANDER HOLSTON, Office-in-Charge, U.S. Citizenship and Immigration Services, Las Vegas District Sub-Office, *et al.*,<br><br>                Respondents. | Case No. 2:12-cv-00630-GMN-VCF |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Patricia E. Bruckner to the Bar of this Court for the purpose of representing the defendant, United States Citizenship and Immigration Services, in the above-captioned litigation.

...

...

...

1     Patricia E. Bruckner is a member in good standing of the
2 State Bar of New York Bar # 2632156. She is an attorney
3 employed by the United States Department of Justice, Civil
4 Division, Office of Immigration Litigation, and her office is
5 located in Washington, D.C.
6     It is respectfully requested that an order be issued
7 permitting Patricia E. Bruckner to practice before this court
8 in this action.

9                              Respectfully submitted,

10                             DANIEL G. BOGDEN
                                United States Attorney
11

12                             //S// CARLOS A. GONZALEZ
                                CARLOS A. GONZALEZ
13                             Assistant United States Attorney

16     **IT IS SO ORDERED** this 19th day of June, 2012.

                              _____
                              Gloria M. Navarro
                              United States District Judge

2